UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00109-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CEDRIC MONTRELLE AGE | ) | |

Upon motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the United States' Motion for Government Witness to Appear via VTC for Revocation Hearing is GRANTED.

SO ORDERED, this __7__ of November, 2017.

JAMES C. DEVER, III
Chief U.S. District Judge